IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 23-cv-02358-MDB | Date:   June 17, 2024 |
| Courtroom Deputy:   E. Lopez Vaughan | FTR:   Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Michael Lopez | Todd Bovo |
|    Plaintiff, | |
| v. | |
| CoreCivic, Inc., et al | Andrew Ringel |
|    Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING-CLASS CERTIFICATION**

**11:26 a.m.**    **Court in session.**

Court calls case.  Appearances of counsel.

Counsel for Plaintiff represents his co-counsel (who possessed the records for this case) passed away in April of this year. All records are now with the Colorado Supreme Court's Attorney Regulation Inventory Counsel. Mr. Bono reports that Mr. Lopez wishes to withdraw the motion for Class Certification at ECF No. 39. The Court notes its disappointment at being informed of the Motion's withdrawal this late. The Court has already expended resources reviewing and preparing. The Court also notes that while it had some questions for the parties, it was prepared to deny the Motion. Finally, the Court notes its concern regarding the substance of the claim, which may run into the prohibition against interfering with prison operations.

**ORDERED**:   The Class Certification Motion is **WITHDRAWN**. The parties shall submit a *Joint Status Report* on or before July 17, 2024.

**11:33 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    00:07

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.